[No. 42923-3-II.   Division Two.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSEY FERN REED,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01242-6, Stephen M. Warning, J., entered November 30, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 30203-2-III.   Division Three.   October 30, 2012.]

*In the Matter of the Marriage of* WALTER VAN HEEMSTEDE OBELT, *Appellant*, and SUSAN VAN HEEMSTEDE OBELT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-3-02687-2, Annette S. Plese, J., entered August 1, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, J.; Siddoway, A.C.J., concurring separately.

[No. 30224-5-III.   Division Three.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA CHRISTINE KORTAN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 10-1-00093-7, John Hotchkiss, J., entered September 13, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 65606-6-I.   Division One.   November 5, 2012.]

RAYMOND A. HOVICK ET AL., *Respondents*, v. WALTER S. PAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 09-2-00492-1, Vickie I. Churchill, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.